```
IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA


STANFORD FINANCIAL GROUP COMPANY,    No   C 08-5359 VRW
a Florida corporation,
                                         ORDER
        Plaintiff,

        v

STANFORDFINANCIAL.NET (in rem),

        Defendant.
                                    /
```

A hearing on the court's November 26, 2008 order to show cause why a preliminary injunction should not be entered transferring the domain name "stanfordfinancial.net" to plaintiff Stanford Financial Group during the pendency of this action and until final judgment is entered was held on December 4, 2008. J. Cross Creason appeared for plaintiff Stanford Financial Group Company. No appearance was entered for defendant and no written opposition to the order to show cause was filed.

After reviewing the papers filed by plaintiff in support

of the issuance of a preliminary injunction and the matters submitted by plaintiff in support of its application for a temporary restraining order, and good cause appearing therefor, the court hereby ORDERS that domain name "stanfordfinancial.net" shall be transferred forthwith to plaintiff Stanford Financial Group Company during the pendency of this action and until final judgment is decreed.

The previously posted security in the amount of $5,000, Doc #11, suffices to comply with Fed R Civ P 65(a).

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge